# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-1907

_____

James A. Widtfeldt

*Plaintiff - Appellant*

v.

James Daugherty, Revenue Officer; Internal Revenue Service; U.S. Treasury

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: December 11, 2014
Filed: December 16, 2014
[Unpublished]

_____

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

James Widtfeldt appeals the district court's[1] without-prejudice dismissal of his pro se civil action for failure to prosecute. Upon careful review, we conclude that the

_____

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.

district court did not abuse its discretion in dismissing the action without prejudice, because Widtfeldt failed to establish that he had properly effectuated service against defendants within 120 days after filing his complaint.  See Fed. R. Civ. P. 4(m); Bullock v. United States, 160 F.3d 441, 442 (8th Cir. 1998) (per curiam) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

———————————————